**Order entered May 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00442-CV

### IN RE PATRICIA GELSKY, Relator

**Original Proceeding from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-54109-2011**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's motion for temporary relief. We **ORDER** that relator bear the costs of this original proceeding.


/s/     JIM MOSELEY
            JUSTICE